IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| VALERIE MARES and IAN TREW,<br><br>    On behalf of Plaintiff and Class,<br><br>v.<br><br>OUTSOURCE RECEIVABLES<br>MANAGEMENT, INC,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No. 1:19-cv-0004<br><br>District Judge Dee Benson |

IT IS ORDERED AND ADJUDGED that Defendant's Motion to Dismiss is GRANTED and this action is DISMISSED.

DATED this 23rd day of May, 2019.

_____
Dee Benson
United States District Judge